In the Matter of Supplementary Proceedings: WALTER S. POWLEY, Judgment Creditor, v. DORLAND BUILDING Co., INC., Judgment Debtor. HARRY STRONGIN, Third Party, Appellant; ARTHUR WIENER, Receiver in Supplementary Proceedings of DORLAND BUILDING Co., INC., Judgment Debtor, Respondent.— In an application made by a receiver in supplementary proceedings for an order under section 794 of the Civil Practice Act directing appellant, a third party, to pay to the receiver the amount of an indebtedness alleged to be due from appellant to the judgment debtor, order dated April 19, 1938, referring the matter to an official referee, reversed on the law, without costs, and motion denied, without costs. Order dated August 13, 1938, confirming the official referee's report and directing appellant to turn over and pay the sum of $4,013.31 to respondent, reversed on the law, without costs, and motion denied, without costs. We reverse the orders without prejudice to the right of the judgment creditor or the receiver in supplementary proceedings to maintain an action against the third party to recover the alleged indebtedness. In a proceeding under section 794 of the Civil Practice Act the court is without power to determine disputed issues of fact as to the existence of an indebtedness. (*Kenney* v. *South Shore Natural Gas & F. Co.*, 201 N. Y. 89; *Bank of United States* v. *Canal Securities Corp.*, 250 App. Div. 505.) Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

In the Matter of Proving the Last Will and Testament of EDWARD RYAN, Deceased, as a Will of Real and Personal Property. DAVID RYAN, Appellant; PAUL MORREALE, as Executor, etc., of EDWARD RYAN, Deceased, Respondent.— Decree of the Surrogate's Court, Orange county, admitting the will of testator to probate, and order on question of jurisdiction, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of EDWARD SHELUBOV, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Certiorari proceeding instituted before September 1, 1937, brought to review the dismissal of the petitioner from his position as patrolman in the police department of the city of New York. Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.